FIL... ule

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 21 PM 5: 1..

ROBERT R. D... CUO
CLERK, U.S. D... CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ANTONIO JACKSON, Individually<br>and as Next of Kin of<br>ELIZABETH JACKSON, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>KINDRED NURSING CENTERS<br>LIMITED d/b/a SPRING GATE<br>REHABILITATION & HEALTH<br>CARE CENTERS, et al.,<br><br>    Defendants. | No.  04-2779 Ml/P |

## ORDER OF DISMISSAL

This case is hereby DISMISSED with prejudice pursuant to the Notice of Dismissal With Prejudice By Stipulation filed April 18, 2005.

SO ORDERED THIS 21 DAY OF April, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02779 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Peter Byron Gee
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT