FIL...

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 APR 21 PM 3:

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ANTONIO JACKSON, Individually
and as Next of Kin of
ELIZABETH JACKSON, Deceased,

**JUDGMENT IN A CIVIL CASE**

VS

KINDRED NURSING CENTERS
LIMITED d/b/a SPRING GATE
REHABILITATION CENTERS &
HEALTH CARE CENTERS, et al.

CASE NO: 04-2779 Ml/P

This action having been dismissed by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal filed April 21, 2005, this case is DISMISSED with prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Apr. 21, 2005
_____
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

Earline Drayer
_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02779 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Peter Byron Gee
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT